**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form STC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: San Jose Airport Hotel, LLC<br>  dba  Holiday Inn San Jose<br>      Debtor(s) | Case No.: 09–51045 RLE 11<br>Chapter: 11 |

## NOTICE OF STATUS CONFERENCE IN CHAPTER 11

Notice is hereby given that a status conference before the Honorable Roger L. Efremsky United States Bankruptcy Judge, will be held as follows:

| | |
|---|---|
| **DATE:** April 9, 2009 | **TIME:** 02:00 PM |
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113 | |

Please note that at said status conference, the court may, among other things, set a deadline for the filing of a plan and disclosure statement.

The court may hear at the status conference, on ten days' notice, the U. S. Trustee's motion, if any, to dismiss the case, convert the case to one under Chapter 7, or appoint a Chapter 11 trustee.

The debtor's attendance (with counsel, if the debtor is represented) is required. If debtor fails to appear, the court may, without further notice or hearing, order at said status conference that the case be dismissed or converted to Chapter 7, or that a Chapter 11 trustee be appointed. Creditor attendance is welcomed, but not required.

Dated: 2/19/09                                 By the Court:

                                                   Roger L. Efremsky
                                                   United States Bankruptcy Court