**Entered on Docket**
**June 19, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Case5:12-cv-01066-EJD   Document49   Filed06/18/14   Page1 of 4

| | |
|---|---|
| James A. Hennefer (SBN 059490)<br>HENNEFER, FINLEY & WOOD, LLP<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: (415) 421-6100<br>Facsimile: (415) 421-1815<br>jhennefer@hennefer-wood.com<br><br>Counsel for Plaintiff Mohamed Poonja,<br>Chapter 7 Trustee for San Jose Airport<br>Hotel, LLC, dba Holiday Inn San Jose | Harry I. Price, Esq. (SBN 077817)<br>Matthew E. Coleman, Esq. (SBN 187264)<br>PRICE LAW FIRM<br>40 Main Street<br>Los Altos, California 94022<br>Telephone: (650) 949-0840<br>Facsimile: (650) 949-0644<br>harry@priceslaw.com<br><br>Attorneys for Defendants,<br>Infinity HI, LLC, Global Enterprises, LLC<br>Ramini International, LLC, 2720 Uridias<br>Ranch, LLC, Ajay P. Shingal and<br>Myra Shingal |

## IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE,<br><br>MOHAMED POONJA, Chapter 7 Trustee for<br>SAN JOSE AIRPORT HOTEL, LLC, dba<br>HOLIDAY INN SAN JOSE, Debtor, and<br>MOBEDSHAHI HOTEL GROUP, Debtor,<br><br>Plaintiffs,<br><br>vs.<br><br>INFINITY HI, LLC, a California limited<br>liability company; GLOBAL 360<br>ENTERPRISES, LLC, a California limited<br>liability company; RAMINI<br>INTERNATIONAL, LLC, a California<br>limited liability company; 2720 URIDIAS<br>RANCH, LLC, a California limited liability<br>company; AJAY P. SHINGAL, an individual;<br>and MIRA SHINGAL, a/k/a Myra Shingal and<br>Myra Trypathi, an individual<br><br>Defendants. | Case No. 12-CV-01066-EJD<br><br>Bankruptcy Case No. 09-51045-SLJ<br>Chapter 7<br>(Jointly Administered with<br>    Case No. 09-51073-SLJ )<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE<br><br>Fed.R.Civ.P. 41(a)(1)(A)(ii)<br><br><br>Judge: Honorable Edward J. Davila |

IT IS HEREBY STIPULATED by and between all parties to this action through their counsel of record that:

1. The above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 16, 2014          HENNEFER, FINLEY & WOOD, LLP

                              By: /s/ James A. Hennefer
                                  James A. Hennefer
                                  Attorneys for Plaintiff

Dated: June 16, 2014          PRICE LAW FIRM

                              By: /s/ Harry I. Price
                                  Harry I. Price, Esq.
                                  Attorneys for Defendants

*IT IS SO ORDERED*
Judge Edward J. Davila
6/18/2014

STIPULATION FOR                               Poonja v. Infinity HI, LLC.
DISMISSAL WITH PREJUDICE                      Case No. 12-CV-01066-EJD

1  FILER'S ATTESTATION

2  I, James A. Hennefer, hereby attest that concurrence in the filing of this Stipulation of
3  Dismissal has been obtained from each of the other signatories listed above, each of whom authorizes
4  me to affix their electronic signature to this Stipulation for Dismissal with Prejudice.
5  Dated: June 16, 2014

6  Respectfully submitted,

7  HENNEFER, FINLEY & WOOD, LLP

8

9  By:  /s/ James A. Hennefer

10  James A. Hennefer
   Attorneys for Plaintiff

28  STIPULATION FOR
    DISMISSAL WITH PREJUDICE

    *Poonja v. Infinity HI, LLC.*
    Case No. 12-CV-01066-EJD

CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and am not a party to the within action. My business address is 425 California Street, 19th Floor, San Francisco, California, 94104.

On June 16, 2014, I served __ the original  X  a copy of the below-listed document(s) described as:

STIPULATION FOR DISMISSAL WITH PREJUDICE

____ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

 X  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s) set forth below, or as stated on the attached service list.

____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

____ (BY E-MAIL) by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list, on this date.

Harry Isaac Price
Matthew E. Coleman
Price Law Firm
40 Main Street
Los Altos, California  94022- 1409

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of June at San Francisco, California.

                                                  /s/ Irene Alvarenga
                                                  Irene Alverenga