Michael A. Isaacs (SBN 99782)
DENTONS US LLP
michael.isaacs@dentons.com
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Tel:   415.267.4000
Fax:   415.267.4198

*Attorneys for Mohamed Poonja,
Chapter 7 Trustee*

The following constitutes the order of the Court.
Signed: December 16, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

SAN JOSE AIRPORT HOTEL, LLC,
doing business as HOLIDAY INN SAN JOSE, *et al.*[1],

Debtors.

Fed. Tax ID No. 77-0428062

Case No. 09-51045-SLJ
Chapter 7
(Jointly Administered With 09-51073-SLJ)
Hon. Stephen L. Johnson

**ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH JUDGMENT DEBTOR
(Chandrakant (CK) Shah)**

Upon due consideration, based on the Corrected Request for Entry of Order Authorizing Compromise of Controversy With Judgment Debtor (Chandrakant (CK) Shah) [F.R.B.P. 9019(a); B.L.R. 9014-1(b)(3)] (the "Request") and the supporting declaration of counsel, and it appearing from those documents that notice is adequate, that no objections to the Motion to Compromise Controversy have been filed or received by Trustee's counsel, and that good cause exists, it is

ORDERED as follows:

1.     The Request is granted in its entirety.

2.     The Trustee is authorized to enter into the compromise on the terms set forth in the Motion to Compromise Controversy with Judgment Debtor (Chandrakant (CK) Shah) [F.R.B.P.

---

[1] The Debtors in these jointly administered cases are: San Jose Airport Hotel, LLC, Case No. 09-51045-SLJ and Mobedshahi Hotel Group, Case No. 09-51073-SLJ.

9019(A); B.L.R. 9014-1(B)(3)] (the "Motion"), filed as Docket No. 335 and to complete the compromise more specifically described in the Settlement Agreement annexed as Exhibit A to the Declaration of Mohamed Poonja in Support of Motion to Compromise Controversy with Judgement Debtor (Chandrakant (CK) Shah), filed as Docket No. 335-1.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court Service Required.