KARI S. BOWYER
PO BOX 700096
San Jose, CA 95170
(408) 641 1327

trusteebowyer@gmail.com

FILED
JUL 3 0 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| IN RE:<br><br>SAN JOSE AIRPORT HOTEL LLC<br><br>DEBTOR(S). | Case No.:09-51045 SLJ<br><br>NOTICE OF UNCLAIMED FUNDS |

TO THE CLERK, U.S. BANKRUPTCY

Please find attached hereto check(s) No. 200078 in the sum of $281,282.77 representing the total amount of small dividends in the above-entitled estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said dividend(s) is (are) as follows:

| Claim No. | Claimant Name & Address | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| 2 | Salt Unlimited<br>1665 Rogers Ave.,<br>San Jose, CA 95112 | 2169.78 | 2390.38 |
| 16 | The Housing Connection<br>175 South West Temple,<br>Ste. 140 Salt Lake<br>City, CA 84101-1406 | 609 | 670.92 |

| | | | |
|---|---|---|---|
| 17 | Visual Aids Electronics<br>12910 Cloverleaf Center<br>Dr., Ste. 100<br>Germantown, MD 20874 | 33598.5 | 37014.5 |
| 18 | Gourmet Express<br>P.O. Box 820<br>Millbrae, CA 94030-0820 | 1683.4 | 1854.55 |
| 23 | Broadwing<br>Communications, LLC,<br>c/o Level 3<br>Communications, LLC,<br>1025 Eldorado Blvd.,<br>Broomfield, CO 80021 | 1908.31 | 2102.33 |
| 25 | American Hotel Register<br>c/o Receivable<br>Management Services,<br>PO Box 5126<br>Timonium, MD 21094 | 3317.09 | 3317.09 |
| 25 | American Hotel Register,<br>c/o Receivable<br>Management Services,<br>PO Box 5126,<br>Timonium, MD 21094 | 5506.45 | 6403.55 |
| 26 | HD Supply, Facilities<br>Maintenance,<br>10641 Scripps Summit Ct.<br>San Diego, CA 92131 | 12397.49 | 13657.96 |
| 35 | Citibank<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | 187.84 | 206.94 |
| 36 | Heritage Food Service, Inc.<br>HFSE, Inc. Attn: Brian Reed<br>5130 Executive Blvd.<br>Fort Wayne, IN 46808 | 202.68 | 223.29 |
| 41 | Access Information<br>Management<br>PO Box 4837<br>Hayward, CA 94540-4837 | 102 | 112.37 |
| 55 | M.E. Fox & Company Inc.<br>128 Component Dr.<br>San Jose, CA 95131 | 2170.14 | 2390.78 |

| | | | |
|---|---|---|---|
| 56 | Fiber Internet Center<br>2635 Park Blvd.,<br>Palo Alto, CA 94306-1921 | 10523.65 | 11593.6 |
| 59 | Roma Bakery Inc.<br>P.O. Box 348<br>San Jose, CA 95103-0348 | 6158.49 | 6784.63 |
| 63 | Edwards Service<br>ROBERT C. COSTELLO of<br>Carter Brothers<br>500 CYPRESS CREEK<br>ROAD, SUITE 650, FT.<br>LAUDERDALE, FL 33309 | 7701.1 | 8484.08 |
| 64 | Boyd Coffee Company<br>19730 NE Sandy Blvd.<br>Portland, OR 97230 | 882.87 | 972.63 |
| 65 | Tax Advisors, PLLC<br>201 NE Park Plaza Drive,<br>244 Vancouver, WA 98684 | 705 | 776.68 |
| 67 | AS Hospitality<br>3493 Lamar Ave.<br>Memphis, TN 38118 | 688.81 | 758.84 |
| 81 | Teamsters Union Local 856<br>c/o Christian L.<br>Raisner/Yuri Y. Gottesman<br>of Weinberg, Roger &<br>Rosenfeld<br>1001 Marina Village<br>Parkway, Suite 200<br>Alameda, CA 94501 | 2000 | 2203.34 |
| TRUSTEE COMPand EXPENSES | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos, CA 94023-1510 | | 179,364.31 |

DATED: July 23, 2026

KARI BOWYER
Chapter 7 Trustee

KARI BOWYER
CHAPTER 7 TRUSTEE
PO Box 700096, San Jose, CA 95170
trusteebowyer@gmail.com • (408) 641-1327

Clerk of the Bankruptcy Court
450 Golden Gate Ave.
PO Box 36099
San Francisco, CA 94120-7341

July 23, 2026

Re: **San Jose Airport Hotel, LLC**
**Case No. 09-51045**
**U.S. Bankruptcy Court**
**Northern District of California**

To Whom It May Concern,

Enclosed, please find the notice of unclaimed funds along with check 200078 in the amount of $281,282.77 which represents the total amount of unclaimed dividend(s) in this case.

Please feel free to contact me with any questions or concerns.

Very truly yours,

Kari S. Bowyer
Chapter 7 Trustee